# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michele Ann Custer<br>Andrew James Custer<br><u>Debtors</u> | CHAPTER 7<br><br>BKY. NO. 16-14877 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC, and index same on the master mailing list.

Re: Loan # Ending In: 8910

                        Respectfully submitted,

                        **/s/Joshua I. Goldman , Esquire**
                        Joshua I. Goldman, Esquire
                        Thomas Puleo, Esquire
                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 825-6306  FAX (215) 825-6406