United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Andrew James Custer  
Michele Ann Custer  
    Debtors

Case No. 16-14877-ref  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: Aug 25, 2016  
                      Form ID: 172    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2016.  
db/jdb         Andrew James Custer,    Michele Ann Custer,    4910 Park Avenue,    Slatington, PA  18080-4202  
cr           +Wells Fargo Dealer Srvs.,    Bky. Dept.,    PO Box 3569,    Rancho Cucamonga, CA 91729-3569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2016 at the address(es) listed below:  
         DAVID ALAN EISENBERG    trustee@eisenbergpc.com,  deisenberg@ecf.epiqsystems.com  
         JOHN EVERETT COOK    on behalf of Joint Debtor Michele Ann Custer bankruptcy@everettcooklaw.com,  
    G29494@notify.cincompass.com  
         JOHN EVERETT COOK    on behalf of Debtor Andrew James Custer bankruptcy@everettcooklaw.com,  
    G29494@notify.cincompass.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                     TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Andrew James Custer and Michele Ann Custer

    Debtor(s)

Case No: 16–14877–ref

Chapter: 7

___

## REAFFIRMATION HEARING NOTICE

To the debtor, the debtor's counsel, and any party in interest:

NOTICE IS HEREBY GIVEN THAT a Reaffirmation hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider

    Reaffirmation Agreement Between Debtor and Wells Fargo Dealer Services Filed by Wells Fargo Dealer Srvs..

    On: 9/22/16

    At: 09:30 AM

    In: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Dated:  8/25/16

Timothy B. McGrath
Clerk of Court

23 – 22
Form 172