# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | | |
| **Andrew James Custer** | : | Chapter 7 |
| **Michele Ann Custer** | : | |
| **Debtors** | : | No: 16-14877 ref |

### PRAECIPE TO CHANGE ADDRESS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Please be advised that the debtors have relocated from:

Andrew James Custer
Michele Ann Custer
4910 Park Avenue
Slatington PA 18080

To:

Andrew James Custer
Michele Ann Custer
463 Brick Church Road
Emlenton PA 16373

Dated: 10/10/16

/s/Everett Cook, Esq.
Everett Cook, Esq.
Attorney for Debtors
2309 MacArthur Road
Whitehall PA 18052
610 351 3566 phone
610 351 3556 fax