# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michele Ann Custer aka Michele A. Custer aka Michele Custer<br>Andrew James Custer aka Andrew Custer aka Andrew J. Custer<br>　　　　　Debtors | CHAPTER 7 |
| Nationstar Mortgage LLC<br>　　　　　Movant<br>　　vs.<br>Michele Ann Custer aka Michele A. Custer aka Michele Custer<br>Andrew James Custer aka Andrew Custer aka Andrew J. Custer<br>　　　　　Debtors | NO. 16-14877 REF<br><br>11 U.S.C. Section 362 and 1301 |
| David Alan Eisenberg Esq.<br>　　　　　Trustee | |

## ORDER

IT IS HEREBY ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and Section 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 4910 Park Ave., Slatington, PA 18080 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: November 1, 2016**

_____
United States Bankruptcy Judge.

cc: See attached service list