United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 16-14877-ref
Andrew James Custer                                                         Chapter 7
Michele Ann Custer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith          Page 1 of 1              Date Rcvd: Nov 01, 2016
                              Form ID: pdf900      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2016.
db/jdb        +Andrew James Custer,   Michele Ann Custer,   463 Brick Church Road,   Emlenton, PA 16373-5509
r             +Dave Lichtenwalner,   Prudential Choice Properties,   145 South Main Street,
               Nazareth, PA 18064-2080
cr            +Wells Fargo Dealer Srvs.,   Bky. Dept.,   PO Box 3569,   Rancho Cucamonga, CA 91729-3569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2016 at the address(es) listed below:
          DAVID ALAN EISENBERG    trustee@eisenbergpc.com,  deisenberg@ecf.epiqsystems.com
          JOHN EVERETT COOK    on behalf of Joint Debtor Michele Ann Custer bankruptcy@everettcooklaw.com,
           G29494@notify.cincompass.com
          JOHN EVERETT COOK    on behalf of Debtor Andrew James Custer bankruptcy@everettcooklaw.com,
           G29494@notify.cincompass.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                               TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Michele Ann Custer aka Michele A. Custer aka
Michele Custer
Andrew James Custer aka Andrew Custer aka
Andrew J. Custer
                   Debtors

Nationstar Mortgage LLC
                Movant
    vs.

Michele Ann Custer aka Michele A. Custer aka
Michele Custer
Andrew James Custer aka Andrew Custer aka
Andrew J. Custer
                   Debtors

David Alan Eisenberg Esq.
                Trustee

CHAPTER 7

NO. 16-14877 REF

11 U.S.C. Section 362 and 1301

**ORDER**

IT IS HEREBY ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and Section 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 4910 Park Ave., Slatington, PA 18080 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: November 1, 2016**

_____
United States Bankruptcy Judge.

cc: See attached service list