United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-14877-ref
Andrew James Custer                                             Chapter 7
Michele Ann Custer
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4        User: admin              Page 1 of 1           Date Rcvd: Nov 04, 2016
                            Form ID: 318             Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2016.
```
db/jdb         +Andrew James Custer,    Michele Ann Custer,    463 Brick Church Road,    Emlenton, PA 16373-5509
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13757050       +Freedom Mortgage Corp,    10500 Kincaid Dr,    Fishers, IN 46037-9764
13757051        Nationstar Mortgage Ll,    PO Box 60516,    City of Industry, CA  91716-0516
13782716       +Nationstar Mortgage, LLC,    c/o Joshua I. Goldman, Esq.,    701 Market Street, Ste 5000,
                 Philadelphia, PA 19106-1541
13757055        Worlds Foremost Bank N,    4800 NW 1st St,    Lincoln, NE  68521-4463
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QDAEISENBERG.COM Nov 05 2016 01:38:00     DAVID ALAN EISENBERG,
                 David A. Eisenberg, Esquire,    4167 Winchester Road,    Allentown, PA 18104-1951
smg            +E-mail/Text: robertsl2@dnb.com Nov 05 2016 01:57:26      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 05 2016 01:57:01
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 05 2016 01:57:34      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13757048        EDI: CITICORP.COM Nov 05 2016 01:38:00     Citi,    PO Box 6241,    Sioux Falls, SD  57117-6241
13757049        EDI: DISCOVER.COM Nov 05 2016 01:38:00     Discover Fin Svcs LLC,    PO Box 15316,
                 Wilmington, DE  19850-5316
13757052        EDI: USAA.COM Nov 05 2016 01:38:00     Usaa Savings Bank,    PO Box 47504,
                 San Antonio, TX  78265-7504
13757053        EDI: WFFC.COM Nov 05 2016 01:38:00     Wells Fargo Bank,    PO Box 14517,
                 Des Moines, IA  50306-3517
13757054        EDI: WFFC.COM Nov 05 2016 01:38:00     Wfds/wds,    PO Box 1697,    Winterville, NC  28590-1697
                                                                                                TOTAL: 9
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2016 at the address(es) listed below:
```
              DAVID ALAN EISENBERG    trustee@eisenbergpc.com, deisenberg@ecf.epiqsystems.com
              JOHN EVERETT COOK    on behalf of Joint Debtor Michele Ann Custer bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOHN EVERETT COOK    on behalf of Debtor Andrew James Custer bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Andrew James Custer** | Social Security number or ITIN   **xxx–xx–8319** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Michele Ann Custer** | Social Security number or ITIN   **xxx–xx–2201** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **16–14877–ref**

## Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Andrew James Custer                                Michele Ann Custer
aka Andrew Custer, aka Andrew J. Custer            aka Michele A. Custer, aka Michele Custer


11/3/16                                            **By the court:**   Richard E. Fehling
                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                          **Order of Discharge**                               page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**